# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 2, 2024

## NO. 03-24-00474-CV

**Abraham Johnson, Appellant**

**v.**

**AAHC Davenport Place Apartments MM LLC, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY**
**DISMISSED FOR WANT OF PROSECUTION –**
**OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on June 26, 2024. Having reviewed the record, the Court holds that Abraham Johnson has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.